FILED '10 JAN 11 13:21 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

STACY LYNN PRINE,           )
                            )
            Plaintiff,      )
                            )   Civil No. 08-6274-TC
     v.                     )
                            )   ORDER
MICHAEL J. ASTRUE, Commissioner)
Social Security Administration,)
                            )
            Defendant.      )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 15, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is affirmed and the clerk of court will enter final judgment.

DATED this _____8th_____ day of January, 2010.

_____
United States District Judge

2  - ORDER